# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0089.  ALLIED AVIATION FUELING OF ATLANTA, INC. v. CITY OF ATLANTA**

On July 2, 2019, this Court granted Appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/18/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*